UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ. 7578

LOS MANGOS, LLC d/b/a Mamgo Café,

                    Plaintiff,

v.

JAMES PALMER, individually, and the VILLAGE/TOWN OF MOUNT KISCO, New York

                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/28/08 at 11:30 noon     deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: JAMES PALMER, individually

At Location: Village/Town of Mount Kisco, 104 Main Street, Mount Kisco, New York

    By delivering a true copy of each to James Palmer personally; deponent knew the person served to be the person described as said person therein.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex M                      Age 40-50              Weight 165
Color of Skin White     Height 5'8"     Color of Hair Salt/pepper
Other Features - wears glasses

                                                Jan deMan, Jr.

Sworn to before me this
28th day of August, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ. 7578

LOS MANGOS, LLC d/b/a Mamgo Café,

                              Plaintiff,

v.

JAMES PALMER, individually, and the VILLAGE/TOWN OF MOUNT KISCO, New York

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 8/28/08 at 11:30 noon     deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: VILLAGE/TOWN OF MOUNT KISCO, New York

At Location: Village/Town of Mount Kisco, 104 Main Street, Mount Kisco, New York

    By delivering a true copy of each to James Palmer, Clerk; deponent knew the person served to be the person described as said person therein.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
        Sex M                       Age 40-50            Weight 165
        Color of Skin White       Height 5'8"     Color of Hair Salt/pepper
        Other Features - wears glasses

                                              _____
                                              Jan deMan, Jr.

Sworn to before me this
28th day of August, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20_10_